# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ALEX KLEINERT,**  Petitioner, v.  **CONNIE HORTON,**  Respondent. | Case No. 2:19-cv-12773  HON. TERRENCE G. BERG  **JUDGMENT** |

In accordance with the Order entered on this date, it is **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: June 30, 2021

    KINIKIA ESSIX
    CLERK OF THE COURT

    /s/Terrence G. Berg_____
    Case Manager and Deputy Clerk

APPROVED:

/s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE